UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH J. BIJOU, JR. )<br>     Plaintiff, ) | CASE NO. 07-4927 |
| ) | |
| vs. ) | |
| ) | SECTION: M |
| FIDELITY NATIONAL PROPERTY & )<br>CASUALTY INS. CO. AND )<br>NATIONAL FLOOD INSURANCE PROGRAM )<br>     Defendants. ) | MAGISTRATE: 4 |
| ) | |

**ORDER**

CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS STATE LAW BASED EXTRA-CONTRACTUAL CLAIMS AND JURY DEMAND, and further considering the stipulation of dismissal and representations made therein that this matter,

IT IS HEREBY ORDERED that Plaintiff's state law based extra-contractual claims and jury demand, including claims for general damages, legal interest, expenses, attorney's fees and statutory penalties, this matter shall be and hereby is DISMISSED WITH PREJUDICE, each party to bear their own costs, leaving only the breach of contract claim to proceed.

DONE, at New Orleans, Louisiana, this  16th  day of October, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE